William S. Lawson and Another, as Sole Surviving Partners, etc., Respondents, v. Nancy S. T. Douglas and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Ethel Dyson, Respondent, v. Isaac Hall, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to' abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party.   Held, that the verdict is against the weight of the evidence upon the question of damages.   All concurred.

In the Matter of the Application of the City of Rochester to Acquire Certain Lands for Street Purposes in Hillside Avenue.   The City of Rochester, Respondent, v. Mary Evelyn Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Fred P. Meister, Respondent, v. Thomas W. Egan, Appellant.— Judgment and orders affirmed, with costs.   All concurred.

John M. Riley and Another, Respondents, v. Anthony Sposato and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs.   All concurred.

Elmer J. Taylor, Respondent, v. John Hancock Mutual Life Insurance Company, Appellant.— Judgment affirmed, with costs.   All concurred.

Louis A. Fischer, Appellant, v. John Johnson, Respondent.— Judgment affirmed, with costs.   All concurred.

James H. Kehoe, Respondent, v. Knights of The Modern Maccabees, Appellant.— Judgment affirmed, with costs.   All concurred.

The Kinnear Manufacturing Company, Respondent, v. G. H. Peters Company, Appellant.— Judgment affirmed, with costs.   All concurred.

Bessie Snyder, as Administratrix, etc., Respondent, v. Rochester Iron and Metal Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

John L. Bunnell, Respondent, v. The New York Central Railroad Company, Successor to the New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

William D. Fitzgerald, Respondent, v. The Arcade Theatre Company, Appellant.— Interlocutory judgment affirmed, with costs.   All concurred.

Henry Cheney Hammer Company, Appellant, v. Henry P. Collins and Others, Respondents.— Judgment affirmed, with costs.   All concurred; Merrell, J., not sitting.

John H. Kamman Company, Appellant, v. Frederic A. Delano and Others, Respondents.— Judgment and order affirmed, with costs.   All concurred.

George Noll, Respondent, v. Rogers-Brown Iron Company, Appellant. — Order affirmed, with ten dollars costs and disbursements.   All concurred.

Van R. Barrett, Respondent, v. William J. Brady, Appellant.— Judgment and order reversed and new trial granted, with costs to appel-